R. Sam Hopkins, Chapter 7 Trustee
Correspondence email: samhopkins@rsh7trustee.com
P.O. Box 3014
Pocatello, ID 83206-3014
Telephone: (208) 478-7978
FAX: (208) 478-7976

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re:

**Finehout, Adam**                                      Case No.: 21-40143-JMM

                                         Chapter 7

                  DEBTORS (S)

### TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION AND OPPORTUNITY TO OBJECT AND FOR A HEARING

---

**Notice of Trustee's Objection to Claim of Exemption
and Opportunity to Object and for a Hearing**

<u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection.</u> The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

TO THE ABOVE NAMED COURT, THE DEBTOR, AND DEBTOR'S ATTORNEY:

## **NOTICE**

    **You are hereby notified** that the trustee of the above estate objects to the following exemption(s) claimed by the debtor(s) in this proceeding:

| Description | Law | Value |
|---|---|---|
| Debtor's entire schedule C | IC 11-605 | |

## OBJECTION

**Objection(s) is made on the following grounds:**

1) After review of the debtor's finances, it appears that the debtor obtained money or property by false pretenses. Debtor's 2019 Nissan was purchased two weeks prior to filing, using a credit card that is included in the bankruptcy. As such, it is the Trustee's position that Idaho Code 11-607(a)(4) provides a state law basis for the court to deny the Debtor's claimed exemptions.

Dated: April 26, 2021

                                                    /S/ R. Sam Hopkins
                                                    R. SAM HOPKINS, TRUSTEE

## CERTIFICATE OF MAILING

I hereby certify that on April 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals with the term "ECF" noted next to their name. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) listed below.

                                                /s/Amber Williams
                                            Amber Williams, Case Administrator

U.S. Trustee, ECF
Finehout, Adam, 1274 Richland Dr. , Idaho Falls, ID 83401
AARON J. TOLSON, ECF